UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-00584<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter is before the Court on Plaintiffs' motion for leave to file an over-length brief in opposition to Defendant's motion for summary judgment. Dkt. No. 62. Plaintiffs seek leave under LCR 7(f) to file a brief that is 1,037 words over the 8,400-word limit.

Although "[m]otions seeking approval to file an over-length motion or brief are disfavored," the Court previously indicated that it would entertain such a motion from Plaintiffs in light of its prior ruling striking Defendant's pending summary judgment motions. LCR 7(f); Dkt. No. 58 at 3–4. Plaintiffs requested leave to submit an over-length brief to add an additional section titled "Procedural Background" that explains their viewpoint on the "procedural shortcomings of Chicago Title's approach on summary judgment." Dkt. No. 62 at 2. The Court finds that there is good cause to permit Plaintiffs to file an over-length brief.

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1

For the reasons stated above, the Court GRANTS Plaintiffs' motion for leave to file an over-length brief. Dkt. No. 62.

Dated this 6th day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge