UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-00584<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Parties are directed to file a Joint Status Report within the next 14 days. The Report must address the following: (1) current status of discovery, (2) settlement efforts to date, including the date(s) of any mediation(s), (3) expected length of trial, (4) number of lay witnesses and expert witnesses expected to testify at trial, (5) trial availability for the next six months, and (6) any other pertinent issues.

Dated this 8th day of November 2023.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
*/s/Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 2