UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-00584<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On November 8, 2023, the Court ordered the Parties to file a Joint Status Report within the next 14 days. Dkt. No. 68. Due to unforeseen IT issues, the Parties have requested an extension of time to complete their Joint Status Report. The Court GRANTS an extension of the November 22, 2023, Joint Status Report deadline until November 27, 2023. The Parties are directed to notify Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov if they need more time.

Dated this 27th day of November 2023.

MINUTE ORDER - 1

<u>Ravi Subramanian</u>

Clerk

<u>*/s/ Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2