UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. 2:23-cv-00584<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF AND GRANTING DEFENDANTS LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION |

  This matter is before the Court on Plaintiffs' motion for leave to file an overlength brief in connection with their motion seeking reconsideration of the Court's recent summary judgment order. Dkt. Nos. 69, 70.

  Although "[m]otions seeking approval to file an over-length motion or brief are disfavored," the Court will entertain such a motion due to the complexity and length of the underlying summary judgment motions. LCR 7(f). Plaintiffs requested leave to submit a 3,462 words brief (in excess of the 2,100-word limit allowed for Motions for Reconsideration under LCR 7(e)(1)). The Court finds that there is good cause to permit Plaintiffs to file an over-length brief.

ORDER- 1

For the reasons stated above, the Court GRANTS Plaintiffs' motion for leave to file an over-length brief. Dkt. No. 70.

The Court also authorizes Defendant to file a response to Plaintiffs' motion for reconsideration of up to 3,462 words within 14 days of this Order. Plaintiff may not file a reply.

Dated this 5th day of December, 2023.

Jamal N. Whitehead
United States District Judge

ORDER- 2