1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI, | CASE NO. 2:23-cv-00584 |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING |
| v. | |
| CHICAGO TITLE INSURANCE COMPANY, | |
| Defendant. | |

14
15
16
17
18
19
20
21
22
23

Before the Court is Plaintiffs Lakhan Jha and Minakshi Kumari ("Jhas") motion for leave to file supplemental briefing related to their motion for reconsideration. Dkts. Nos. 69, 79. The Court addresses the pending motion for reconsideration in a co-currently filed order. While the Jhas have styled their latest motion as a request to supplement their earlier brief, it is really a second motion to reconsider the Court's summary judgment order, advancing new facts and arguments well after the 14-day cutoff for such motions. LCR 7(h)(2). Even so, the Court has reviewed the proposed supplemental briefing and supporting materials and finds that it too fails to establish that the Court committed manifest error in its

ORDER - 1

summary judgment ruling, and that any new facts set forth bear no material impact on the questions before the Court. Sometimes more is just more. Accordingly, Plaintiffs' motion is DENIED. Dkt. No. 79.

Dated this 22nd day of March, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2