UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:23-cv-00584 <br><br> ORDER |

The Parties jointly move to continue the trial of this matter from June 2, 2025, to March 30, 2026, so that they may to continue to complete discovery. Dkt. No. 100. But "[a] schedule may be modified only for good cause," and "[m]ere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance." LCR 16(b)(6). Accordingly, the Court ORDERS:

(1) The Parties' motion to continue is DENIED. Dkt. No. 100.

(2) Any discovery motions must be filed no later than Friday, April 25, 2025. The Parties must use the joint expedited procedure set forth in Local Civil Rule 37. Failure to do so will result in denial of the motion.

ORDER - 1

(3) The deadline to file motions in limine is RESET from April 23, 2025, to April 28, 2025.

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2