UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 2:23-cv-00584<br><br>ORDER |

The Court held a status conference in this matter today, April 29, 2025. This Order memorializes the Court's oral ruling and provides the questions the Court referenced during the hearing.

The Court ORDERS:

a. For the reasons stated on the record, the Court GRANTS Chicago Title Insurance Company's motion to compel depositions. Dkt. No. 109. The Court RESERVES RULING on the deadline by which the depositions must be completed.

ORDER - 1

b.  The Court ORDERS each Plaintiff to answer the questions below about the upcoming wedding that purportedly presents an "irreconcilable" trial scheduling conflict, Dkt. No. 110 at 2:

    (1)    What is the full name of the individual getting married?

    (2)    What is your relationship to this individual?

    (3)    What is the exact date of the wedding?

    (4)    When were the wedding arrangements finalized?

    (5)    What specific act, event, or decision do you consider to have "finalized" the wedding arrangements (e.g., signing a contract with the venue, placing a non-refundable deposit, sending formal invitations, or some other defining moment that you consider to have firmly established the wedding plans)?

    (6)    When did you learn of the wedding date?

    (7)    Were you aware of the June 2, 2025, trial date when you learned of the wedding date?

    (8)    Where will the wedding take place?

    (9)    On what date do you expect to return to the United States from the wedding?

    (10)    If the Court does not continue the trial date, would you be able to appear at trial by video conference for any portion of the proceedings?

    (11)    To your knowledge, who else involved in this case plans to attend the wedding besides yourself?

These questions must be answered under penalty of perjury and filed with the Court by 5:00 p.m. tomorrow, April 30, 2025.

Dated this 29th day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 3