The Honorable Jamal Whitehead

**FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | No. 2:23-cv-00584-JNW<br><br>**SEALED DECLARATION OF MINAKSHI KUMARI**<br><br>NOTE ON MOTION CALENDAR: APRIL 25, 2025 |

I, Minakshi Kumari, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1.  I am over the age of 21, make this declaration based upon my personal knowledge, and am competent to testify on the matters stated.

2.  Along with my husband, I am one of Plaintiffs in this matter. Since the Court asked each Plaintiff to submit a declaration, I am submitting this declaration. Since my husband responded to the Court's inquiry, I incorporate every answer that my husband wrote in his declaration. Other than what my husband wrote, I do not have anything different or additional to add.

3.  I do wish to reiterate that there was no intention to delay or obstruct our part. Since Chicago Title had repeatedly agreed to a trial continuance in March 2020 due to

SEALED DECLARATION OF MINAKSHI KUMARI - 1

Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

depositions and the replacement of our attorney, we did not think that bringing up the wedding and our attendant absence was necessary. I would reiterate that Chicago Title has known for at least several weeks that we would not be able to be present at trial due to my son's wedding.

4. While each wedding and each culture is different, part of the issue is that husband and I are not involved in the day to day planning of my son's wedding. My son's fiancée handles the planning and to a large extent I am beholden to the bride and bride's family's decisions on planning/timing.

5. As the groom's mother, I would very much like to attend my son's wedding. I don't think there is any other event that I would want to attend more. I do deeply apologize for any inconvenience it may have caused the Court, but I assure the Court that it was never my intention to wait until the last minute to bring the wedding up. I would greatly appreciate if the Court could accommodate our scheduling request and continue the trial date so that my husband and I may attend my son's wedding.

6. Finally, just like my husband did, I would also like to ask that this declaration be kept under seal. The reason for that request is that this declaration refers to other documents containing detailed travel plans that could pose a safety risk to my family if known publicly. While we have stated that we would not be able to attend the trial in this matter due to a wedding, we have previously never supplied specific dates, locations, and names of individuals traveling and/or being absent.

7. Releasing this information publicly could expose us to potential harm as there is a high chance the information contained in these declarations would be indexed into publicly available databases and widely disseminated. That fear is not just theoretical, but has actually materialized at one point. A few years ago, my husband and I were involved in a dispute with a neighbor (Michael Piepkorn) and that neighbor used court filings to determine our whereabouts on a day to day basis. The situation got so out of hand that my son had to get a restraining order against that neighbor. Although this happened in 2023, the possibility

SEALED DECLARATION OF MINAKSHI KUMARI - 2

Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

1  of having to go through that again raises a genuine concern on our part, which is why I ask
2  the Court to keep me, my husband, and my son's declarations under seal.
3        DATED this 30th day of April, 2025 in Woodinville, Washington.

                                  Minakshi Kumari

SEALED DECLARATION OF MINAKSHI KUMARI - 3
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service as indicated:

FIDELITY NATIONAL FINANCIAL, INC.

| | |
|---|---|
| Matthew Cleverley<br>Daniel Womac<br>701 Fifth Avenue, Suite 2710<br>Seattle, WA 98104<br>Matthew.Cleverley@fnf.com<br>Daniel.Womac@fnf.com<br>*Attorneys for Defendants Chicago Title* | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

DATED this 30th day of April, 2025 in Olympia, Washington.

/s/ Viki Sanchez
Viki Sanchez
Paralegal

SEALED DECLARATION OF MINAKSHI KUMARI - 4

Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183