The Honorable Jamal Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00584-JNW<br><br>**REDACTED DECLARATION OF SIDDHARTH JHA**<br><br>NOTE ON MOTION CALENDAR: APRIL 25, 2025 |

I, Siddharth Jha, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am over the age of 21, make this declaration based upon my personal knowledge, and am competent to testify on the matters stated.

2. My parents are the Plaintiffs in this matter.

3. I represented my parents in their underlying title dispute with Chicago Title. By that I mean, I was responsible for corresponding with the title insurance company on behalf of my parents, which means letters were directed to me and I directed letters to Chicago Title. I am familiar with the facts of the underlying title dispute and I would be testifying at trial in this matter. Chicago Title has deposed me twice in this matter, more than both of my parents combined.

REDACTED DECLARATION OF SIDDHARTH JHA - 1

Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

1
2
3

4       5.      Although it is my wedding, I was not intimately involved in the day to day
5 aspect of the planning of the wedding. My fiancée was responsible for planning the details of
6 the wedding and it did not occur to me until February 2025 that there was a conflict with the
7 trial date in this matter. Like most weddings, the bride usually plays a much larger role in
8 wedding planning. My fiancée (Gia Kaur) handled a vast majority of the wedding planning
9 and to a large extent I am beholden to her and her family's decisions on planning/timing.
10 And by extension, my parents are essentially beholden to me when I tell them that the
11 wedding has been set for this date.

12       6.      I know that my parents care deeply about this case and the time the Court
13 has spent on this case. But I also know that my parents would want to attend my wedding and
14 that they would not want to be placed in a situation where they have to pick between
15 attending trial in this matter or attending my wedding and forfeiting years of hard work. My
16 parents' presence is also necessary to fulfill religious customs and ceremonies.

17       7.      While I understand that timeliness and adherence to the Court's case
18 schedule is important, I wish to stress that there was no intention to schedule things in a way
19 that interfered with trial in this matter.

20       8.      By the time I realized our wedding was scheduled for early June 2025 and
21 by the time I could relay that to my parents and their counsel, a request to continue the matter
22 was already in the works for other reasons unrelated to my wedding.

23       9.      I would greatly appreciate it if the Court could accommodate our scheduling
24 request and continue the trial date so that my parents may attend my son's wedding.

25       10.      Since there was discussion to change Plaintiff's counsel and since I am
26 assisting Plaintiff in finding new counsel, there was an expectation that a continuance would
27 be sought for a different reason. In addition, because I anticipated that there would be a

REDACTED DECLARATION OF
SIDDHARTH JHA - 2

Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

1  change of counsel, I was under the impression that the matter would be continued due to a
2  change of Plaintiff's counsel. Given that expectation, I thought that my wedding would not
3  pose a scheduling issue.

4  11. Finally, I would ask that this declaration be kept under seal. The reason for
5  that request is that this declaration contains detailed travel plans that could pose a serious
6  safety risk if known publicly. While my parents have stated that they would not be able to
7  attend the trial in this matter due to a wedding, they have previously never supplied specific
8  dates, locations, and names of individuals traveling and/or being absent.

9  12. Releasing this information publicly could expose my parents and I to
10 potential harm as there is a high chance the information contained in these declarations
11 would be indexed into publicly available databases and widely disseminated. That fear is not
12 just theoretical, but has actually materialized at one point. A few years ago, my parents were
13 involved in a dispute with a neighbor (Michael Piepkorn) and that neighbor used court filings
14 to determine my parents and my whereabouts on a day to day basis. The situation got so out
15 of hand that I had to get a restraining order against Piepkorn, the neighbor. Although this
16 happened in 2023, the possibility of having to go through that again raises a genuine concern
17 on my part, which is why I ask the Court to keep declaration under seal.

18  DATED this 30th day of April, 2025 in Seattle, Washington.

*/s/ Siddharth Jha*

Siddharth Jha

REDACTED DECLARATION OF SIDDHARTH JHA - 3
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service as indicated:

FIDELITY NATIONAL FINANCIAL, INC.

| | |
|---|---|
| Matthew Cleverley<br>Daniel Womac<br>701 Fifth Avenue, Suite 2710<br>Seattle, WA 98104<br>Matthew.Cleverley@fnf.com<br>Daniel.Womac@fnf.com<br>*Attorneys for Defendants Chicago Title* | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

DATED this 30th day of May, 2025 in Olympia, Washington.

*/s/ Viki Sanchez*
Viki Sanchez
Paralegal

REDACTED DECLARATION OF SIDDHARTH JHA - 4
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183