The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | No. 2:23-cv-00584-JNW<br><br>**DECLARATION OF SIDDHARTH JHA** |

I, Siddharth Jha, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am over the age of 21, make this declaration based upon my personal knowledge, and am competent to testify on the matters stated.

2. My parents are the Plaintiffs in this matter.

3. As I explained in a prior declaration, I represented my parents in their underlying title dispute with Chicago Title. By that I mean, I was responsible for corresponding with the title insurance company on behalf of my parents, which means letters were directed to me and I directed letters to Chicago Title. I am familiar with the facts of the underlying title dispute and I am expected to be testifying at trial in this matter. Chicago Title has deposed me twice in this matter, more than both of my parents combined.

DECLARATION OF SIDDHARTH JHA - 1
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

4. I currently have a 13-day jury trial scheduled to commence on July 14, 2025 in the matter of *10431 Avondale Road NE LLC v. Comcast Cable Communications LLC et ano*, King County Superior Court, Cause No. 23-2-12790-1 SEA.

5. The trial is an 11-day jury trial not including 1-2 days of voir dire.

6. The assigned judge has informed us that jury trials in King County Superior Court only take place between Monday through Thursday as Fridays are usually reserved by judges for summary judgment hearings.

7. Counting only Monday through Thursday, a 13-day jury trial commencing on July 14, 2025 means I must be available at least between July 14 through August 4, 2025 (22 calendar days).

8. Given that I am the party representative for Plaintiff in *Comcast* and was also the CR 30(b)(6) representative for Plaintiff in *Comcast*, I need to attend the trial currently scheduled for July 14 through August 4, 2025.

9. Attached as **Exhibit A** is a true and correct copy of the court's current pre-trial scheduling order in *Comcast*.

10. My parents are members of 10431 Avondale Road NE LLC and will be attending the trial, and are also listed as witnesses and are expected to testify in the *Comcast* trial.

DATED this 22nd day of April, 2025 in Seattle, Washington.

Siddharth Jha

DECLARATION OF SIDDHARTH JHA - 2
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service as indicated:

FIDELITY NATIONAL FINANCIAL, INC.

Matthew Cleverley
Daniel Womac
701 Fifth Avenue, Suite 2710
Seattle, WA 98104
Matthew.Cleverley@fnf.com
Daniel.Womac@fnf.com
*Attorneys for Defendants Chicago Title*

☐ E-mail
☐ U.S. Mail
☒ E-filing

DATED this 22nd day of May, 2025 in Olympia, Washington.

/s/ *Viki Sanchez*
Viki Sanchez
Paralegal

DECLARATION OF SIDDHARTH JHA - 3
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183