UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-00584<br><br>ORDER |

　　　　This matter comes before the Court on the Parties' deposition designations, counter-designations, and objections submitted in advance of trial. Dkt. No. 186. The Court has reviewed all materials on file and ORDERS as follows:

　　　　The Court STRIKES the Parties' initial filing of deposition designations as superseded by the Parties' subsequent filing and for failure to comply with LCR 16(e) in the first instance. Dkt. No. 154.

　　　　The Court has considered all objections to the designated and counter-designated deposition testimony in the subsequent filing. Dkt. No. 186. All objections are OVERRULED. The designated and counter-designated portions may

**ORDER** - 1

be presented at trial, subject to the Court's authority to exclude testimony based on other considerations that may arise during trial.

IT IS SO ORDERED.

Dated this 1st day of October, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2