The Honorable Jamal Whitehead

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI, | No. 2:23-cv-00584-JNW |
| Plaintiffs, | |
| v. | **JOINT PRE-TRIAL ORDER** |
| CHICAGO TITLE INSURANCE COMPANY, | |
| Defendant. | PRE-TRIAL CONFERENCE: SEPTEMBER 2, 2025 |

## I.    JURISDICTION

Jurisdiction is vested in this court by virtue of 28 U.S.C. §1332(a) because this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

## II.    CLAIMS AND DEFENSES

<u>Plaintiffs</u> will pursue the following claims at trial:

1. Breach of Contract

2. Breach of Implied Duty of Good Faith and Fair Dealing in a Contract

3. Breach of Duty of Good Faith and Fair Dealing (Insurance Tort)

4. Violation of the Insurance Fair Conduct Act (RCW 48.30.015)

5. Violation of the Consumer Protection Act (RCW 19.86 et seq)

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

6.      Negligence

**\* Chicago Title's Objection:** Chicago Title does not consent to trial of Plaintiffs' assertion of Claim #3 and reserves objection and argument.

**\* Plaintiffs' Position on Chicago Title's Issue With Plaintiffs' Claim No. 3:** There were two types of bad faith claims Plaintiffs brought. One of them was the tort of insurance bad faith. In Washington, insurance bad faith can be brought as either a tort or as violation of the IFCA or both. Plaintiffs asserted in Cause of Action No. 2 that it was also alleging a tort of insurance bad faith. *See* Dkt. #6, at Pg. 313-314 at ¶¶37-39; 43-44.

<u>Defendant</u> will pursue the following affirmative defenses and/or claims as alleged in the Answer to Amended Complaint:

1.      Plaintiffs fail to state a claim upon which relief may be granted

2.      Plaintiffs' claims are barred by their failure to act in a reasonable manner.

3.      Plaintiffs' claims are barred by their unclean hands.

4.      Plaintiffs have suffered no uncompensated loss under the Policy

5.      Plaintiffs have suffered no compensable damages as an element of each tort claim

**\* Plaintiffs' Objection**: Plaintiffs do not agree that Chicago Title can pursue Affirmative Defenses Nos. 1-3, for the reasons explained in Plaintiffs' letter to the Court. *See* Dkt. #179, at 2-4.

## III.    ADMITTED FACTS

The following facts are admitted by the parties, except as provided for below: (Enumerate every agreed fact, irrespective of admissibility, but with notation of objections as to admissibility. List 1, 2, 3, etc.)

1.      Definitions:

   a.   "**Title Policy**" or "**Policy**" refers to the title insurance policy issued by Chicago Title Insurance Company ("Chicago Title") on April 14, 2014.

JOINT PRE-TRIAL ORDER - 2
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

b.  "**Insured**" refers to the party insured under the Title Policy and the party for who's benefit the insurance policy is written for, which is the Plaintiff.

c.  "**Insurer**" refers to the insurance company under the Title Policy, which is the Defendant Chicago Title.

d.  "**Policy Amount**" or "**Amount of Insurance**" refers to the amount of insurance currently in effect under the Title Policy, which is $6,487,500.

e.  "**Property**" or "**Plaintiff's Property**" refers to the real property as insured under the Title Policy, which is legally described in Paragraph 3 of Schedule A and Exhibit A of Schedule A of the Title Policy as:

> That portion of the northwest quarter of the southwest quarter of the southeast quarter of Section 11, Township 26 North, Range 5 East, W.M., in King County, Washington, described as follows:
>
> Commencing at the northwest corner of said subdivision; Thence south 89°14'13" east along the north line thereof 110.00 feet to the true point of beginning; Thence continuing south 89°14'13" east 191.17 feet; Thence south 0°27'43" east 331.88 feet to the monumented north line of King County Short Plat Number 880092 as recorded under recording number 8109140496; Thence north 89°15'16" west along said monumented line 305.86 feet; Thence north 18°43'29" east 348.91 feet to the true point of beginning.
> (Also known as Lot B, King County Boundary Line Adjustment Number L97L0197, recorded under recording number 9901280327);
> Together with an easement for ingress and egress as delineated on the face of said boundary line adjustment.

f.  "**2000 Easement**" refers to the Declaration of Easement recorded under King County Recording No. 20000616001981.

JOINT PRE-TRIAL ORDER - 3
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

g.  "**1998 Easement**" collectively refers to the Declarations of Easement recorded under King County Recording No. 199812221198 and 199812230918.

h.  "**Owner's Affidavit**" or "**Affidavit**" refers to the PNC Bank Owner's Affidavit dated March 17, 2014.

i.  "**True North Desk Survey**" refers to the desk plot survey of the 2000 Easement that True North Surveying, Inc dated September 21, 2021.

2.    On April 4, 2014, Plaintiffs purchased their Property commonly known as 15625 Northeast 167th Place, Woodinville WA from PNC Bank.

3.    In connection with Plaintiffs' purchase of the Property and as a condition of issuing Plaintiffs the Title Policy from Chicago Title, Chicago Title required PNC Bank to sign the Owner's Affidavit.

4.    In connection with Plaintiffs' purchase of the Property, PNC Bank signed and provided Chicago Title with an Owner's Affidavit.

5.    In the Owner's Affidavit, PNC Bank represented to Chicago Title, under oath, that the PNC Bank was "unaware of any set of facts by reason of which title to the [Propoerty] might be disputed or questioned".

6.    On April 4, 2014, Chicago Title issued a Title Policy to Plaintiffs. Chicago Title admits that the Property insured under the Title Policy is legally described in Paragraph 3 of Schedule A and Exhibit A of Schedule A of the Title Policy.

7.    The Amount of Insurance currently in effect under the Title Policy is $6,487,500.

8.    The Amount of Insurance in effect under the Title Policy as of March 2021, when Plaintiff made a claim with Chicago Title for the 2000 Easement, was also $6,487,500.

9.    The Title Policy provides insurance coverage for and insures the geographic area known as the 1998 Easement.

JOINT PRE-TRIAL ORDER - 4
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

10.    The Property, as insured under the Title Policy, includes the geographic area known as the 1998 Easement. That is because Chicago Title insured an easement interest under the Title Policy for the benefit of Plaintiffs.

11.    Chicago Title insured an easement interest under the Title Policy for the benefit of Plaintiffs, which is known as the geographic area known as the 1998 Easement.

12.    Chicago Title  insured two types of real property interests for the Plaintiffs' benefit under the Title Policy: (i) a fee simple interest known as Lot B, and (ii) an easement interest known as the 1998 Easement. Together, the fee simple interest and the easement interest are known as the "Property" under the Title Policy, which is legally described in Paragraph 3 of Schedule A and Exhibit A of Schedule A of the Title Policy.

13.    The 2000 Easement encumbers the Property.

14.    The 2000 Easement was not listed as an exception under Schedule B of the Title Policy.

15.    The 2000 Easement is a Covered Risk under the Title Policy and falls within Covered Risk No. 1, 2, 4, 5, and 9 of the Title Policy.

16.    The Title Policy provides for coverage of the 2000 Easement because the 2000 Easement is not listed as an exception under Schedule B of the Title Policy.

17.    On March 21, 2021, Plaintiffs made a claim under the Title Policy for the 2000 Easement.

18.    On August 23, 2021, Chicago Title determined that the 2000 Easement was a covered defect under the Title Policy.

19.    On September 23, 2021, Chicago Title obtained a "desk survey" of the 2000 Easement.

20.    On January 31, 2022, Plaintiffs sent an IFCA letter to Chicago Title.

21.    On June 3, 2022, Chicago Title requested a diminution in value appraisal for the 2000 Easement.

JOINT PRE-TRIAL ORDER - 5
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

22.     On August 24, 2022, Chicago Title received the diminution in value appraisal for the 2000 Easement.

23.     Chicago Title's appraisal valued the loss due to the 2000 Easement at $5,000.

24.     On August 30, 2022, Chicago Title tendered the $5,000 loss to Plaintiffs.

25.     On May 18, 2023, Plaintiffs asked Chicago Title to reconsider its position regarding the $5,000 valuation of the 2000 Easement.

26.     On June 13, 2023, Chicago Title refused to change its position regarding the $5,000 valuation of the 2000 Easement.

27.      20,059 sq ft of the 2000 Easement encumbers the Plaintiffs' Property as insured under the Title Policy.

28.     Chicago Title appraised just 2,565 sq ft of the 2000 Easement.

29.     Chicago Title appraised Plaintiffs' Property as if it was vacant land.

30.     Plaintiffs' Property is not vacant land and is considered improved real property as it has a single-family residence on it.

31.     The Court has already determined, as a matter of law, that Chicago Title tendering $5,000 to Plaintiffs was insufficient as a matter of law. *See* Dkt. #93.

32.     The Court has already determined, as a matter of law, that Chicago Title tendering $5,000 to Plaintiffs did not fulfill Chicago Title's obligations under the Title Policy. *See* Dkt. #93.

 **\* Chicago Title's Objection:** Chicago Title argues that only paragraphs 2, 6, 13, 14, 15, 17 and 19 should be deemed admitted in this Order, and reserve objection and argument on the remainder.

 **\* Plaintiffs' Position:** Plaintiffs' position is that all the above paragraphs in this Order should be deemed admitted.

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

# IV.     ISSUES OF LAW

The following are the issues of law to be determined by the court:

<u>Plaintiffs</u>:

The issues of law that Plaintiffs believe are currently outstanding are as follows:

1.     A ruling on which Admitted Facts the Court will allow in an effort to streamline the trial. (*Chicago Title's Position: Chicago Title has not agreed to any stipulated facts to be presented to the jury). Plaintiff's Position: regarding presentation of admitted facts to the jury is that the admitted facts can be presented to the jury.

2.     Whether Chicago Title can pursue Affirmative Defenses No. 1-3 for the 2000 Easement when Chicago Title has never raised those defenses relating to the 2000 Easement at any point in time, either during the underlying claims process or in this case. *See* Plaintiff's Letter Regarding Pre-Trial Conference (Dkt. #179 at 2-4). (* Chicago Title refers the Court to Chicago Title's Answer to Amended Complaint.)

3.     Evidentiary and other rulings requested by the parties:

    a.   Plaintiffs' Motions in Limine (Dkt. #149)

    b.   Defendant's Motions in Limine (Dkt. #147)

    c.   Plaintiff's Deposition Designations (Dkt. #154 and Dkt. #161) (* Note: Stipulated Deposition designations have been filed under Dkt. #186.)

    d.   Plaintiffs' Motion to Exclude Chicago Title's Experts Due to Discovery Violations (Dkt #176).

    e.   Plaintiff's Motion for Ruling on Admissibility of Chicago Title's Marketing Materials and Claims and Underwriting Manuals

    f.   Disputed issues regarding admissibility of evidence as listed below in this Order.

JOINT [PRE-TRIAL ORDER - 7
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

Defendant:

The issues of law that Defendant believes are currently outstanding are as follows:

    a. Plaintiffs' Motions in Limine (Dkt. #149)

    b. Defendant's Motions in Limine (Dkt. #147)

    c. Plaintiffs' Motion to Exclude Chicago Title's Experts (Dkt #176 and responsive pleadings).

    d. Disputed issues regarding admissibility of evidence as listed below in this Order.

## V.    EXPERT WITNESSES

(a) Each party shall be limited to three expert witnesses:

    a. One on the issue of surveying.

    b. One on the issue of bad faith claims handling.

    c. One on the valuation of the loss covered by the Policy.

By listing experts in this Pre-Trial Order or the number of experts either party is entitled to in this Pre-Trial Order, the parties do not waive any rights to object to the experts or their testimony or waive their Motions in Limine.

(b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1) On behalf of Plaintiff:

| Robert Johnson | Mr. Johnson in a Registered Land Surveyor in the State of Washington. Mr. Johnson will be called to testify regarding surveying related matters regarding the subject property and as a rebuttal expert to testify regarding matters relating to testimony provided by Chicago Title's surveyor. |
|---|---|
| Robert Chamberlin | Robert Chamberlain is a Washington State licensed appraiser who will testify in consonance with his earlier testimony reports in this matter. Mr. Chamberlain will testify regarding appraisal related matters as set forth in his expert's report in this matter, and as set forth in his declarations in this matter. |

JOINT PRE-TRIAL ORDER - 8
Case No. 2:23-cv-00584-JNW

| Danette Leonhardi | Danette K. Leonhardi is an insurance practices/claims handling expert in this matter. Ms. Leonhardi will be called to testify regarding her knowledge in this case consistent with her expert report in this matter. Plaintiffs have provided Chicago Title with Ms. Leonhardi's report, and as set forth in her declarations in this matter. |
|---|---|

(2) On behalf of Defendant:

| Anthony Gibbons | Gibbons is a MAI appraiser and will testify as to his valuation of the loss under the policy.<br><br>He will also rebut the appraisal performed by Plaintiffs' expert |
|---|---|
| Bushnell Nielsen | Nielsen is an expert in title insurance claims handling and will testify that Chicago Title did not violate any legal or industry standards when processing Plaintiffs' claim.<br><br>He will also rebut the expert opinion of Plaintiffs' bad faith expert. |
| Kenneth Shipley | Shipley is a licensed Washington surveyor. He will testify in rebuttal to Plaintiffs' expert surveyor that Plaintiffs' desk survey shows the easement in substantially the same location, despite the scale difference, including square footage over another property is not an appropriate calculation of square footage, using an "insured legal description" from a title policy is not a correct basis to determine square footage of fee simple ownership |

Plaintiffs object to the testimony of Bushnell Nielsen and Kenneth Shipley and do not agree that Chicago Title can call them as a witness.

## VI.    OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a)    On behalf of Plaintiffs:

| Dr. Lakhan Jha | Dr. Jha will testify concerning matters related to the claims and defenses in this lawsuit, the title insurance claim made with Chicago Title, and Plaintiffs' property and other related matters. |
|---|---|

JOINT PRE-TRIAL ORDER - 9
Case No. 2:23-cv-00584-JNW

| Minkashi Kumari | Ms. Kumari is expected to testify concerning matters related to the claims and defenses in this lawsuit, the title insurance claim made with Chicago Title, and Plaintiffs' property and other related matters. |
|---|---|
| Siddharth Jha | Mr. Jha represented his parents in the title insurance claim. Mr. Jha will testify concerning matters related to the claims and defenses in this lawsuit, the title insurance claim made with Chicago Title, and Plaintiffs' property and other related matters. |
| Thomas Hayden | Thomas Hayden is Chicago Title's corporate representative and Plaintiff will call him as part of their case in chief to testify as to Chicago Title's handling of the claim relating to the 2000 Easement and the valuation of the 2000 Easement. |
| Chicago Title of Washington Representative | If necessary, Plaintiffs will serve a trial subpoena for trial testimony for a representative from Chicago Title of Washington |
| King County Assessor Representative | If necessary, Plaintiffs will serve a trial subpoena for trial testimony for a representative from King County Assessor |

(b) On behalf of Defendant:

| Thomas Hayden | Thomas Hayden is Chicago Title's corporate representative and will testify as to Chicago Title's handling of the claim. |
|---|---|
| Chris Morley | Chris Morley will testify as to the business records of True North Surveying, that True North performed a survey for Chicago Title, and he reviewed the data and accuracy of the desk survey of the various easements. |

**\* Plaintiffs' Objection**: Plaintiffs' position on Chris Morey is that Plaintiffs object to Chicago Title's designation of Chris Morey as a "fact witness" in an attempt to circumvent the expert witness disclosure requirements.

## VII.    EXHIBITS

Identify each exhibit with a number, which becomes the number for the exhibit at the trial and appears on the exhibit tag with the following information in table format:

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

**PLAINTIFF'S TRIAL EXHIBITS:**

| Plaintiffs' Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1 | 2014-03-07 - Preliminary Commitment | Stipulated | Stipulated | | |
| 2 | 2014-03-17 - PNC's Bank's Owner's Affidavit - CTWA - 70-71 & 165-167 | Disputed (produced by CTWA) | Disputed (produced by CTWA) | REL | |
| 3 | 2014-04-04 - Title Policy | Stipulated | Stipulated | | |
| 4 | 2019-08-19 - CTIC 009819-9823 - Lawson Email Policy Increase Not Improper Request | Stipulated | Stipulated | | |
| 5 | 2019-08-20 - CTIC 010137-10141 - Reason Corrected SWD Needed to Be Recorded | Stipulated | Stipulated | | |
| 6 | 2019-08-21 - CTIC 009833-9836 - Hainey Email | Stipulated | Stipulated | | |
| 7 | 2021-03-22 - Plaintiffs' Claim Letter - Email | Stipulated | Stipulated | | |
| 8 | 2021-03-22 - Plaintiffs' Claim Letter | Stipulated | Stipulated | | |
| 9 | 2021-03-22 - Chicago Title's Acknowledgement Email - 1 | Stipulated | Stipulated | | |
| 10 | 2021-03-23 - Chicago Title's Acknowledgement Email - 2 | Stipulated | Stipulated | | |
| 11 | 2021-03-23 - Claims Correspondence | Stipulated | Stipulated | | |
| 12 | 2021-04-23 - Claims Correspondence | Stipulated | Stipulated | | |
| 13 | 2021-05-21 - Claims Correspondence | Stipulated | Stipulated | | |
| 14 | 2021-06-18 - Claims Correspondence | Stipulated | Stipulated | | |
| 15 | 2021-07-16 - Claims Correspondence | Stipulated | Stipulated | | |
| 16 | 2021-08-19 - Claims Correspondence | Stipulated | Stipulated | | |
| 17 | 2021-08-23 - Claims Correspondence - | Stipulated | Stipulated | | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | Coverage Determination Letter | | | | |
| 18 | 2021-09-16 - CTIC 4070-4076 - Desk Survey Not to Include Field Work | Stipulated | Stipulated | | |
| 19 | 2021-09-23 - True North Desk Survey of 2000 Easement | Stipulated | Stipulated | | |
| 20 | 2021-09-23 - CTIC 010425-10432 - Email Showing No Overlap in Descriptions | Stipulated | Stipulated | | |
| 21 | 2021-10-31 - Plaintiffs' Reconsideration Letter | Stipulated | Stipulated | | |
| 22 | 2022-01-25 - Claims Correspondence | Stipulated | Stipulated | | |
| 23 | 2022-01-31 - CTIC 2303 - Plaintiff's IFCA Letter | Stipulated | Stipulated | | |
| 24 | 2022-04-29 - Claims Correspondence | Stipulated | Stipulated | | |
| 25 | 2022-06-03 - Claims Correspondence - Reconsideration Denial | Stipulated | Stipulated | | |
| 26 | 2022-07-15 - Email to Gibbons for Entry of Home | Stipulated | Stipulated | | |
| 27 | 2022-07-20 - Email to Gibbons with 2017 Survey | Disputed (incomplete) | Disputed (incomplete) | F | |
| 28 | 2022-08-17 - Plaintiffs' Letter Re Status Valuation of 2000 Easement | Stipulated | Stipulated | | |
| 29 | 2022-08-22 - CTIC 010759 - Email from Tom to Gibbons Re Discovery of Easement | Stipulated | Stipulated | | |
| 30 | 2022-08-24 - Claims Correspondence - Coverage Letter | Stipulated | Stipulated | | |
| 31 | 2022-08-24 - Chicago Title's Appraisal | Stipulated | Stipulated | | |
| 32 | 2022-08-24 - CTIC 010839 and CTIC 010858 - Claim Payment Request | Stipulated | Stipulated | | |

JOINT PRE-TRIAL ORDER - 12
Case No. 2:23-cv-00584-JNW

| | **Plaintiffs' Exhibits** | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 33 | 2022-08-30 - Claims Correspondence - Payment Letter | Stipulated | Stipulated | | |
| 34 | 2022-09-01 - Email from Joe to Tom | Stipulated | Stipulated | | |
| 35 | 2022-10-22 - Email from Tony and Tom to Sidd | Stipulated | Stipulated | | |
| 36 | 2023-05-18 - Plaintiffs' Letter Re Valuation of 2000 Easement | Stipulated | Stipulated | | |
| 37 | 2023-06-05 - Gibbons Response to Plaintiffs' 5-18 Letter | Stipulated | Stipulated | | |
| 38 | 2023-06-13 - Claims Correspondence - Response to Plaintiffs' 5-18 Letter | Stipulated | Stipulated | | |
| 39 | Chicago Title Marketing Materials - Video - What is Title Insurance | Disputed | Disputed | F, REL, D | |
| 40 | Chicago Title Marketing Materials - Video - Why Do You Need an Owner's Title Policy | Disputed | Disputed | F, REL, D | |
| 41 | Chicago Title Marketing Materials - FNF Pulse - What's in a Title Search | Disputed | Disputed | F, REL, D | |
| 42 | Chicago Title Marketing Materials - Common Title Problems | Disputed | Disputed | F, REL, D | |
| 43 | Chicago Title Marketing Materials - For Homebuyers - A Guide to Title Insurance - 2 | Disputed | Disputed | F, REL, D | |
| 44 | Chicago Title Marketing Materials - How Title Insurance Protects All Homebuyers | Disputed | Disputed | F, REL, D | |
| 45 | Chicago Title Marketing Materials - Is Title Insurance Really Optional | Disputed | Disputed | F, REL, D | |
| 46 | Chicago Title Marketing Materials - Judgment and Liens That Affect Title | Disputed | Disputed | F, REL, D | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | | **Plaintiffs' Exhibits** | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 47 | Chicago Title Marketing Materials - The Title Company's Role in a Real Estate Transaction | Disputed | Disputed | F, REL, D | |
| 48 | Chicago Title Marketing Materials - Title Industry Comparison | Disputed | Disputed | F, REL, D | |
| 49 | Chicago Title Marketing Materials - Title Insurance vs. Casualty Insurance | Disputed | Disputed | F, REL, D | |
| 50 | Chicago Title Marketing Materials - Understanding Easement - 1 | Disputed | Disputed | F, REL, D | |
| 51 | Chicago Title Marketing Materials - Understanding Liens & Encumbrances | Disputed | Disputed | F, REL, D | |
| 52 | Chicago Title Marketing Materials - Understanding the ALTA Homeowner's Policy of Title Insurance | Disputed | Disputed | F, REL, D | |
| 53 | Chicago Title Marketing Materials - Understanding the Importance of Title Searches and Disclose Exceptions | Disputed | Disputed | F, REL, D | |
| 54 | Chicago Title Marketing Materials - Understanding Property Titles | Disputed | Disputed | F, REL, D | |
| 55 | Chicago Title Marketing Materials - What is Title Insurance - 1 | Disputed | Disputed | F, REL, D | |
| 56 | Chicago Title Marketing Materials - What is Title Insurance - 2 | Disputed | Disputed | F, REL, D | |
| 57 | Chicago Title Marketing Materials - Why Do You Need Title Insurance | Disputed | Disputed | F, REL, D | |
| 58 | Chicago Title Marketing Materials - Why is Title Insurance the Best Investment You Can Make to Protect Your Home | Disputed | Disputed | F, REL, D | |

JOINT PRE-TRIAL ORDER - 14
Case No. 2:23-cv-00584-JNW

| Plaintiffs' Exhibits | | | | |
|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 59 | Chicago Title Marketing Materials - Why You Need Owner's Title Insurance - 1 | Disputed | Disputed | F, REL, D | |
| 60 | Chicago Title Marketing Materials - Why You Need Owner's Title Insurance - 2 | Disputed | Disputed | F, REL, D | |
| 61 | Chicago Title Marketing Materials - Financial Strength Portrait | Disputed | Disputed | F, REL, D | |
| 62 | Chicago Title Marketing Materials - Home Owners Policy | Disputed | Disputed | F, REL, D | |
| 63 | Chicago Title Marketing Materials - Market Share Residential | Disputed | Disputed | F, REL, D | |
| 64 | Chicago Title Marketing Materials - Chicago Title Buyers and Sellers Guide - 1 | Disputed | Disputed | F, REL, D | |
| 65 | Chicago Title Marketing Materials - Chicago Title Buyers and Sellers Guide - 2 | Disputed | Disputed | F, REL, D | |
| 66 | Chicago Title Marketing Materials - Chicago Title Buyers and Sellers Guide - 3 | Disputed | Disputed | F, REL, D | |
| 67 | Chicago Title Marketing Materials - Chicago Title Buyers and Sellers Guide - 4 | Disputed | Disputed | F, REL, D | |
| 68 | Claims and Underwriting Manuals - Fidelity National Financial Claims Handbook 2021 | Stipulated | Disputed | REL | |
| 69 | Claims and Underwriting Manuals - Fidelity National Title Group Underwriting Deskbook - Affidavits, Easements, and Policy and Commitment Issuance | Stipulated | Disputed | REL | |
| 70 | Claims and Underwriting Manuals - Chicago Title Insuring Easements | Disputed | Disputed | F, REL, D | |

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | **Plaintiffs' Exhibits** | | | | |
| 71 | King County Assessor Parcel Details - 1126059113 | Disputed | Disputed | F, REL, H | |
| 72 | King County GIS Disclaimer | Disputed | Disputed | F, REL, H | |
| 73 | King County Recorded Document No. 199812221198 | Stipulated | Stipulated | | |
| 74 | King County Recorded Document No. 199812230918 | Stipulated | Stipulated | | |
| 75 | King County Recorded Document No. 199901280327 | Stipulated | Stipulated | | |
| 76 | King County Recorded Document No. 20000616001981 - CTIC 010505-10517 | Stipulated | Stipulated | | |
| 77 | King County Recorded Document No. 20140404000532 - Special Warranty Deed | Stipulated | Stipulated | | |
| 78 | King County Recorded Document No. 20190903000259 - Statutory Warranty Deed | Stipulated | Stipulated | | |
| 79 | Graphic Representation of Plaintiff's Property as Insured Under the Title Policy | Disputed | Disputed | F, E, MIL | |
| 80 | Declaration of Robert Chamberlin (Dkt. #90-4) | Stipulated | Disputed | F, REL, MIL, H | |
| 81 | Danette Leonhardi Expert Report - 5.11.23 | Stipulated | Disputed | E, MIL, H | |
| 82 | Robert Johnson Spartan Expert Report - 6.23.25 | Stipulated | Disputed | E, MIL, H | |
| 83 | Robert Johnson Survey | Stipulated | Disputed | F, E, MIL | |

### DEFENDANT CHICAGO TITLE'S EXHIBITS:

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | **Defendant Chicago Title's Exhibits** | | | | |
| A-01 | Lot B Tax Lot Identification | Disputed | Disputed | 403, does not show | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| | | | | the whole plat (the entire KC BLA); H | |
| A-02 | 04/04/2014 Settlement Statement | Disputed | Disputed | 401, 402, 403; F; REL; | |
| A-03 | 01/07/2020 Emails Requesting Policy Increase | Disputed | Disputed | 403, other emails relating to this request are missing, F, REL, H | |
| A-04 | 12/31/2019 Affidavit for Policy Limit increase | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-05 | 01/08/2020 Email with policy and invoice | Disputed | Stipulated | F | |
| A-06 | 01/08/2020 Invoice and endorsement | Disputed | Stipulated | F | |
| A-07 | 03/17/2015 Code Enforcement Letter | Disputed | Disputed | 401, 402, 403; F; REL; and MIL; H | |
| A-08 | 03/23/2021 MSH requests title report re claims | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-09 | 4/12/2021 Email from SJ to MSH asking for estimated timeline for coverage determination | Stipulated | Stipulated | | |
| A-10 | 4/13/2021 Email response from MSH to SJ stating Company is allowed time to investigate claims and asks about environmental issues and litigation | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-11 | 4/15/2021 SJ email response: "No, none of the neighbors are asserting any | Disputed | Disputed | 401, 402, 403; F; REL; | |

**Defendant Chicago Title's Exhibits**

JOINT PRE-TRIAL ORDER - 17
Case No. 2:23-cv-00584-JNW

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | Defendant Chicago Title's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| | rights in the Insureds property." | | | MIL; OTH; H | |
| A-12 | 04/23/2021 Letter transmission email | Stipulated | Stipulated | | |
| A-13 | 04/29/2021 MSH email to Nathan Warwick for help on analysis of docs | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-14 | 04/29/2021 Warwick responds that covenants had no legal or address | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-15 | 05/18/2021 MSH email to SJ requesting documentation related to P&S, specifically, code enforcement and status of construction at time of purchase (related to claim #11) | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-16 | 05/18/2021 Mindy asks King County code enforcement for info | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-17 | 05/18/2021 Mindy asks for copies of complaints filed in king county | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-18 | 05/18/2021 Mindy asks Warwick about policy and endorsement | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH | |
| A-19 | 05/18/2021 Mindy asks assistant to get code enforcement docs from county | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-20 | 5/19/2021 SJ email response to MSH stating he | Disputed | Disputed | 401, 402, 403; F; | |

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | needed a couple of days. Schroeder-Hash responded same-day, no problem. | | | REL; MIL; OTH; H | |
| A-21 | 05/28/2021 KC emails re county records | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-22 | 06/01/2021 Sharefile link from SJ | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-23 | 06/01/2021 Email from SJ to MSH noting he sent download link to documents via Sharepoint, and answers to questions | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-24 | 06/03/2021 MSH emails about no previous documents from Sidda and uploading doc link | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-25 | 06/04/2021 Hanna follows up with county | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-26 | 06/10/2021 Hannah sends King County records to Mindy REL0000005720 | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-27 | 06/11/2021 MSH requests docs from Lara Dunn | Disputed | Disputed | 401, 402, 403; F; REL; and MIL; OTH; H | |
| A-28 | 06/11/2021 Lara Dunn responds she has no docs | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |

| Defendant Chicago Title's Exhibits | | | | | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | Defendant Chicago Title's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-29 | 06/11/2021 MSH asks for docs from Gary Nims at N-Provements Construction | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-30 | 06/11/201 MSH asks for records from operation | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-31 | 06/15/2021 Mindy follows up with county | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-32 | 06/29/2021 MSH follows up with county | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-33 | 07/12/2021 SJ emails MSH about having a call | Stipulated | Stipulated | | |
| A-34 | 07/12/2021 MSH emails county - Cheatum about responses to document questions | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-35 | 07/27/2021 MSH asks Lara Dunn again about documents | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-36 | 07/27/2021 MSH asks Gary Nims to respond about questions | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-37 | 07/27/2021 Nims responds he has no information | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | Defendant Chicago Title's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-38 | 07/27/2021 MSH asks county for information on permits again | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-39 | 07/28/2021 Lara Dunn responds to MSH | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-40 | 08/06/2021 MSH asks county again for information | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-41 | 08/09/2021 County responds that Cheatum is on vacation | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-42 | 08/25/2021 MSH asks Shannon to order desk survey | Disputed | Disputed | F; REL; H | |
| A-43 | 8/26/21 Survey ordered from Elliot | Disputed | Disputed | F; REL; H | |
| A-44 | 09/09/2021 Desk survey cost approval requested | Disputed | Disputed | F; REL; H | |
| A-45 | 09/14/2021 Desk survey cost approved | Disputed | Disputed | F; REL; H | |
| A-46 | 09/16/2021 Desk surveyor engaged | Disputed | Disputed | F; REL; H | |
| A-47 | 9/23/21 Table Survey dated 09/23/2021 received with invoice | Disputed | Disputed | F (first page); H | |
| A-48 | 11/1/2021 Mindy submits Sidd's letter as a reconsideration request | Stipulated | Stipulated | | |
| A-49 | 11/3/2021 Mindy looking for other open orders on property | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | | | | | |
|---|---|---|---|---|---|
| **Defendant Chicago Title's Exhibits** | | | | | |
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-50 | 11/17/2021 Shannon follows up with op on open orders info | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-51 | 01/20/2022 MSH email to DF re file transfer | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-52 | 01/21/2022 Email from Mindy to Dylan with draft recon response dated November 10 | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-53 | 1/27/22 Email from SJ to DF advising the insureds have retained atty Joe Scuderi. | Stipulated | Stipulated | | |
| A-54 | 02/18/2022 Email from CA Dylan Folchert to attorney Joe Scuderi advising he is drafting reconsideration | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-55 | 06/03/2022 EM from Hayden to Scuderi introduction and requesting docs | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-56 | 06/03/2022 Hayden requests DIV appraisal from Gibbons | Disputed | Disputed | 401, 402, 403; F; REL | |
| A-57 | 06/03/2022 Hayden approves DIV appraisal cost up to $10K | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-58 | 06/03/2022 Hayden asks survey broker to get the square footage on the desk survey for the easement overlap | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-59 | 06/09/2022 Surveyor co responds that overlap is 2625 SF | Disputed | Disputed | 401, 402, 403; F; REL; H | |

SCUDERI LAW OFFICES PS
108 22nd Ave SW, Suite 24
Olympia, WA 98501
P: (360) 534-9183

| | | | | |
|---|---|---|---|---|
| **Defendant Chicago Title's Exhibits** | | | | |
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-60 | 06/21/2022 Hayden sends claim info to Gibbons and Scuderi contact info | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-61 | 06/21/2022 Sidd asks how long the DIV process takes | Stipulated | Stipulated | | |
| A-62 | 06/21/2022 Hayden tells Sidd DIV appraisal is usually 6-8 weeks | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-63 | 07/12/2022 Gibbons emails Sidd to arrange site visit on July 19 | Stipulated | Stipulated | | |
| A-64 | 07/14/2022 Sidd confirms date and says they will forego the interior inspection of the house | Stipulated | Stipulated | | |
| A-65 | 07/19/2022 Gibbons reports site visit complete and confirms date of loss as March 22, 2021 | Stipulated | Stipulated | | |
| A-66 | 07/25/2022 Gibbons asks survey in CAD format | Stipulated | Stipulated | | |
| A-67 | 07/25/2022 Hayden asks for survey in cad format | Stipulated | Stipulated | | |
| A-68 | 07/25/2022 Survey broker responds will check | Stipulated | Stipulated | | |
| A-69 | 08/17/2022 Jha emails letter complaining about claim time | Disputed | Disputed | No color | |
| A-70 | 08/17/2022 Hayden responds about survey time, ask again for information from SJ and asks for itemized invoices for attorney fees | Disputed | Disputed | 401, 402, 403; F; REL; MIL; OTH; H | |
| A-71 | 08/17/2022 Gibbons says about another week for the appraisal report | Stipulated | Stipulated | | |
| A-72 | 08/23/2022 Gibbons provides draft DIV appraisal report | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-73 | 08/23/2022 Hayden says DIV report can be finalized | Disputed | Disputed | 401, 402, 403; F; REL; H | |

JOINT PRE-TRIAL ORDER - 23
Case No. 2:23-cv-00584-JNW

| | | | | | |
|---|---|---|---|---|---|
| **Defendant Chicago Title's Exhibits** | | | | | |
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-74 | 08/24/2022 Gibbons sends final DIV report email | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-75 | 08/29/2022 Hayden sends email asking to confirm there are no other documents about the property | Disputed | Disputed | 401, 402, 403; F MIL; OTH; H | |
| A-76 | 08/30/2022 Hayden sends loss payment letter and check to Scuderi and SJ | Stipulated | Stipulated | | |
| A-77 | 09/10/2022 DIV appraisal invoice | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-78 | CPS Status Notes/Briefs Through 04/01/2022 | Disputed | Disputed | 401, 402, 403; F; REL; H | |
| A-79 | Photo DJI_0006 | Disputed | Stipulated | F | |
| A-80 | Photo DJI_0001 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-81 | Photo DJI_0007 | Disputed | Stipulated | F | |
| A-82 | Photo DSC_8516 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-83 | Photo DJI_0010 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-84 | Photo DSC_8522 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-85 | Photo DJI_0012 | Disputed | Stipulated | F | |
| A-86 | Photo DSC_8557 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-87 | Photo DJI_0008 power | Disputed | Stipulated | F | |
| A-88 | Photo DSC_8527 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-89 | Photo DJI_0011 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |

JOINT PRE-TRIAL ORDER - 24
Case No. 2:23-cv-00584-JNW

| | Defendant Chicago Title's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-90 | Photo DSC_8521 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-91 | Photo DSC_8530 | Disputed | Disputed | 401, 402, 403; F; REL; PC | |
| A-92 | Photo DSC_8526 | Disputed | Stipulated | F | |
| A-93 | Bush Nielsen Report | Disputed | Disputed | 401, 402, 403; F; REL; PC; MIL; OTH; H | |
| A-94 | Pre-purchase inspection photo | Disputed | Disputed | 401, 402, 403; F; REL; PC; MIL; OTH; | |
| A-95 | Pre-purchase inspection photo | Disputed | Disputed | 401, 402, 403; F; REL; PC; MIL; OTH; | |
| A-96 | Pre-purchase inspection photo | Disputed | Disputed | 401, 402, 403; F; REL; PC; MIL; OTH; | |
| A-97 | Pre-purchase inspection photo | Disputed | Disputed | 401, 402, 403; F; REL; PC; MIL; OTH; | |

The Parties' Objection Code:

| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
|---|---|
| F | Lack of Foundation |
| MIL | Subject of Motion in Limine |
| D | Not disclosed in Discovery |

JOINT PRE-TRIAL ORDER - 25
Case No. 2:23-cv-00584-JNW

| PC | Privacy concerns; unnecessary to show photographs showing entryways to house or other portions of house, including photographs of house showing inside through windows; objectionable to include other photographs of the house itself that are beyond the 2000 Easement area |
|---|---|
| REL | Not Relevant |
| PRIV | Privileged |
| OTH | Relates to other title claims not going to trial |
| H | Hearsay |

In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed". If "Disputed", identify the objection in the Objection column. An objection based on a Fed. R. Evid. should reference the rule number; additional objections should be referenced by a code that the parties include with the exhibit list. The "Admitted" column is for use by the Court.

(No party is required to list any exhibit which is listed by another party, or any exhibit to be used for impeachment only. See LCR 16 for further explanation of numbering of exhibits).

## VIII.    ACTION BY THE COURT

(a)    This case is scheduled for trial before a jury on October 6, 2025, at 9:00 AM.

(b)    Trial briefs shall be submitted to the court on or before August 28, 2025.

(c)    Jury instructions requested by either party shall be submitted to the Court on or before August 28, 2025. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before August 28, 2025.

(d)    The Court will schedule voir dire of jurors the week before the trial.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order, except that the Court's prior orders regarding witness exclusion and other evidentiary matters will control in the event of any conflict. This order shall not be amended except by order of the Court  pursuant to agreement of the parties or to prevent manifest injustice.

JOINT PRE-TRIAL ORDER - 26
Case No. 2:23-cv-00584-JNW

Dated: October 1, 2025

The Honorable Jamal N. Whitehead
*United States District Judge*

FORM APPROVED

Dated: September 8, 2025

*/s/ Joe Scuderi*

Joseph Scuderi, WSBA #26623
SCUDERI LAW OFFICES, P.S.
108 22nd Avenue SW, Suite 24
Olympia, WA 98501
Phone: (360) 534-9183
Email: joescuderi@scuderilaw.com
*Attorneys for Plaintiffs*

Dated: September 8, 2025

*/s/ Matthew Cleverley*

Matthew R. Cleverley, WSBA #32055
Daniel A. Womac, WSBA #36394
Fidelity National Law Group
601 Union Street, Suite 3225
Seattle, WA 98101
Phone: 206-224-6003
Email: Matthew.Cleverley@fnf.com
*Attorney for Defendant Chicago Title*

JOINT PRE-TRIAL ORDER - 27
Case No. 2:23-cv-00584-JNW