|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LAKHAN JHA and MINAKSHI KUMARI, | CASE NO. 2:23-cv-00584 |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| CHICAGO TITLE INSURANCE COMPANY, | |
| Defendant. | |

At 10:00 p.m. on October 1, 2025—with jury selection two days away—Plaintiffs moved to dismiss this three-year-old case without prejudice because the Court excluded their expert Robert Johnson as a discovery sanction. Dkt. No. 199. Rather than face the consequences of their own disclosure failures, Plaintiffs sought to start over.

The Court does not reach the merits of the motion, however, because Chicago Title has agreed to withdraw its objection to the expert testifying if this case proceeds to trial. Dkt. No. 206 at 3. Plaintiffs concede this moots their motion. Dkt. No. 207 at 1. The Court accepts this resolution. Perhaps it is for the best. This case has been delayed long enough, and the Parties' dispute deserves resolution on the

ORDER - 1

merits. To be clear, though, Chicago Title's waiver resolves only the discovery dispute. Johnson's testimony remains subject to the Federal Rules of Evidence, including the Court's independent gatekeeping obligations under Rule 702 and any trial objections.

Accordingly, Plaintiffs' motion for reconsideration, Dkt. No. 195, is GRANTED. Plaintiffs' motion to dismiss, Dkt. No. 199, is DENIED AS MOOT. The Parties are ORDERED to submit a Joint Status Report by December 30, 2025, identifying the estimated trial length and any periods of unavailability for trial during the first half of 2026. The Court will issue a scheduling order thereafter. The next trial date will be firm.

Dated this 17th day of December, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2