UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAKHAN JHA and MINAKSHI KUMARI,

Plaintiffs,

v.

CHICAGO TITLE INSURANCE COMPANY,

Defendant.

CASE NO. 2:23-cv-00584

CONTINUANCE ORDER

This matter comes before the Court on the Parties' LCR 37(a)(2) Joint Submission. Dkt. No. 224. Having considered the arguments raised in the submission and the relevant record, the Court GRANTS the Motion.

On January 30, 2026, the Court set August 3, 2026, as the trial date for this matter. Dkt. No. 210. This date was selected, in part, based on the representations made by the Parties in their December 30, 2025, Joint Status Report. Dkt. No. 209. On February 20, 2026, the Court reset the trial date for August 17, 2026. Dkt. No. 211.

The court has broad discretion in determining whether to grant or deny a continuance. *Fed. Trade Comm'n v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001).

CONTINUANCE ORDER - 1

Defendant and its counsel argue that there is good cause to amend the August 17, 2026, trial date in this matter due to professional and personal conflicts, many of which did not arise until after the Court had first set the trial date for August 3, 2026. Dkt. No. 224 at 15. Plaintiffs oppose the request. *Id.* at 4–14. On this record, the Court finds that Defendant has shown good cause to continue the trial date.

Accordingly, the Court ORDERS that the trial date and pre-trial submission dates in this matter are rescheduled as follows:

| Event | Date |
| --- | --- |
| JURY TRIAL begins | Tuesday, September 8, 2026, at 9:00 a.m. |
| Length of trial | *See* JSR. Dkt. No. 209. |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 8, 2026 |
| All motions in limine must be filed by (see LCR 7(d)) | July 27, 2026 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | August 17, 2026 |
| Agreed pretrial order due | August 17, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | August 24, 2026 |
| Pretrial conference | Tuesday, September 1, 2026, at 1:30 p.m. |

CONTINUANCE ORDER - 2

| Event | Date |
|-------|------|
| Jury Selection (via Zoom) | September 4, 2026 |

Dated this 21st day of May, 2026.

Jamal N. Whitehead
United States District Judge

CONTINUANCE ORDER - 3