UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKHAN JHA and MINAKSHI KUMARI,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-00584<br><br>ORDER GRANTING WITHDRAWAL |

This matter comes before the Court on Plaintiffs Lakhan Jha and Minakshi Kumari's Counsel's Motion to Withdraw. Dkt. No. 239. Having considered the motion and the relevant record, the Court GRANTS the motion. Attorney Joseph Scuderi of Scuderi Law Offices, P.S., may withdraw from representation of Plaintiffs in this matter.

Plaintiffs will be solely responsible for complying with all future deadlines, appearances, and filings in this matter unless and until substitute counsel appears. All future pleadings, notices, and correspondence shall be served directly upon Plaintiffs at the following addresses unless and until substitute counsel appears:

Lakhan Jha and Minakshi Kumari
15625 NE 167th Place
Woodinville, WA 98072
(425) 208-6429
sjha@piersixtyseven.com

IT IS SO ORDERED.

Dated: July 22, 2026

Jamal N. Whitehead